| | |
|---|---|
| TIMOTHY COURCHAINE<br>United States Attorney<br>District of Arizona<br><br>ANNA LINDROOTH<br>Assistant U.S. Attorney<br>South Dakota State Bar No. 5053<br>Two Renaissance Square<br>40 N. Central Ave., Suite 1800<br>Phoenix, Arizona 85004<br>Telephone: (602) 514-7500<br>Email: Anna.Lindrooth@usdoj.gov<br>Attorneys for Plaintiff | FILED ___ LODGED<br>___ RECEIVED ___ COPY<br><br>MAR 10 2026<br><br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY<br><br>REDACTED FOR<br>PUBLIC DISCLOSURE |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>1. Alberto Carrillo Flores,<br>2. Joel Guizar Rosales, and<br>3. Gerardo Medina Martinez,<br><br>　　　　　Defendants. | No.   CR-26-00224-PHX-SPL (MTM)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. § 853; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

On or about February 25, 2026, in the District of Arizona, Defendants, ALBERTO CARRILLO FLORES, JOEL GUIZAR ROSALES, and GERARDO MEDINA MARTINEZ, knowingly and fraudulently exported and sent from the United States and attempted to export and send from the United States, merchandise, articles, or objects contrary to law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, articles, or objects, that is: 7,000 rounds of Sterling 7.62x39mm FMJ ammunition, knowing the same to be intended for exportation contrary to any law or

1 | regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title
2 | 15, Code of Federal Regulations, Parts 736.2, 738, 742.17, and 774.
3 | In violation of Title 18, United States Code, Section 554(a).

## **FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d), 981 and 982; 21 U.S.C. § 853; and, 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Count 1 of this Indictment, Defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the Defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the Defendant is liable, including, but not limited to, the following property involved and used in the offense: 7,000 rounds of 7.62x39mm Sterling 7.62x39mm FMJ ammunition.

If any forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

/ / /

/ / /

/ / /

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 10, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
ANNA LINDROOTH
Assistant U.S. Attorney